**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **DEUTSCHE BANK NAT'L,** | |
| **Plaintiff,** | |
| **v.** | **1:06-cv-1588-WSD** |
| **ANDREKA EBERHART,** | |
| **Defendant.** | |

## ORDER

This matter is before the Court on Petitioner's Motion for Reconsideration [4] of the Court's July 10, 2006 Order [2] remanding this action pursuant to 28 U.S.C. § 1447(c).

Defendant moves the Court to reconsider its order remanding this action to the Superior Court of Clayton County, Georgia. A motion for reconsideration is appropriate only where there is: (1) newly discovered evidence; (2) an intervening development or change in controlling law; or (3) a need to correct a clear error of law or fact. Jersawitz v. People TV, 71 F. Supp. 2d 1330, 1344 (N.D. Ga. 1999); Pres. Endangered Areas of Cobb's History, Inc. v. U.S. Army Corps of Eng'rs, 916 F. Supp. 1557, 1560 (N.D. Ga. 1995). "Motions for reconsideration shall not be filed as a matter of routine practice." L.R. 7.2(E), N.D.Ga. Motions for

reconsideration may not be used to present the Court with arguments already heard and dismissed, or to offer new legal theories or evidence that could have been presented in the previously filed motion.  <u>Bryan v. Murphy</u>, 246 F. Supp. 2d 1256, 1259 (N.D. Ga. 2003).

Defendant claims this Court has federal question jurisdiction because "errors committed by the State Courts depriv[ed] her of her Due Process Rights."  (Def.'s Mot. to Reconsider at 11.)  The Court is not persuaded by this argument.  The Court held in its previous order that "Plaintiff relies exclusively on state law, and thus the well-pleaded complaint rule is not satisfied."  (July 10, 2006 Order at 6.) The Court finds that Defendant has not provided the Court with a sufficient basis to reconsider its order remanding this action to the Superior Court of Clayton County, Georgia.

For the reasons stated above,

**IT IS HEREBY ORDERED** that Petitioner's Motion for Reconsideration [4] is **DENIED**.  The Clerk of Court is **DIRECTED** to send a copy of this Order to the Judge in the Superior Court of Clayton County before whom the State court action is pending.

**SO ORDERED** this 20th day of July, 2006.


_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE